UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR 2 3 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CARL E. BISHOP, | ) | **4:15CR00181 AGF/NCC** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 23, 2015, in the City of Saint Louis, within the Eastern District of Missouri,

**CARL E. BISHOP,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit: (1) a Beretta make, 950-B model, .22 caliber semi-automatic pistol bearing serial number C74756; (2) a Mossberg make, 12 gauge shotgun bearing serial number H485248; (3) a DPMS make, model A-15, .223 caliber rifle bearing serial number FH135577; (4) a Colt make, model AR-15, .223 caliber rifle bearing serial number SP329266; (5) a Norinco make, model SKS, 7.62 caliber rifle bearing serial number 1402278; (6) Remington Arms make 12 gauge pump action shotgun bearing serial number SM100409; (7) a Boito make, model B300/1, single shot .44 caliber pistol bearing serial number 1934; (8) a Glock make, model 17, 9 millimeter semi-automatic pistol bearing serial number 011608; and (9) a Sundance Industries make, model A-25, .25 caliber semi-automatic pistol bearing serial number 011608; all of which traveled in interstate or foreign commerce prior to being in the defendant's

possession.

        In violation of Title 18, United States Code, Section 922(g)(1).

                                             A TRUE BILL.


_____

                                              FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____

THOMAS REA, #53245MO
Assistant United States Attorney